*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                          Chapter: 11

    Technovative Media, Inc.

                Debtor(s)                       Bankruptcy No: 23−10764−mdc

***O R D E R***

**AND NOW,** this 16th day of March, 2023, the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Matrix List of Creditors due 3/22/2023.
    Atty Disclosure Statement due 3/29/2023.
    Schedule A due 3/29/2023.
    Schedule B due 3/29/2023.
    Schedule D due 3/29/2023.
    Schedule E/F due 3/29/2023.
    Schedule G due 3/29/2023.
    Schedule H due 3/29/2023.
    Statement of Financial Affairs due 3/29/2023.
    Statistical Summary of Certain Liabilities Form B206 due 3/29/2023.
    List of Equity Security Holders due 3/29/2023.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman
Chief Judge , United States Bankruptcy Court

6
Form 130