**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA UNITED STATES
BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **Technovative Media, Inc.,** | **Bky. No. 23-10764 (MDC)** |
| **Debtor.** | |

**DEBTORS' MOTION FOR REQUEST FOR EMERGENCY HEARING TO ENFORCE
THE STAY AND EXTEND THE STAY,
AS NECESSARY, TO PROTECT THE DEBTORS' ESTATE**

The above-captioned debtor (the "Debtor") hereby submits this emergency motion (the

"Motion") under 11 U.S.C. sections 105(a) and  362 for an emergency hearing to enforce and

extend the automatic stay as necessary to protect the Debtors' bankruptcy estate.  In support of

this Motion, the Debtor respectfully states as follows:

**Jurisdiction and Venue**

1.      The United States Bankruptcy Court for the Eastern District of Pennsylvania (the

"Court") has jurisdiction over this pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended

Standing Order of Reference from the United States District Court for the Eastern District of

Pennsylvania. The Debtors confirm their consent to the entry of a final order by the Court in

connection with this motion to the extent that it is later determined that the Court, absent consent

of the parties, cannot enter final orders or judgments in connection herewith consistent with Article

III of the United States Constitution.

2.      Venue is proper pursuant of to 28 U.S.C. §§ 1408 and 1409.

3.      The statutory bases for the belief requested herein are sections 105(a) and 362 of

title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), rules 2002,

6003, and 6004 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

## THE MOTION

1.    On March 15, 2023, the above captioned Debtor and a related debtor entity, Stream TV Networks Inc., filed bankruptcy petitions in the Bankruptcy Court for the Eastern District of Pennsylvania.[1]

2.    At present, several litigations are pending involving both the Debtor entities.

3.    One of these litigations is an action by a purported secured lender to further the process of foreclosure on company assets against Technovative.

4.    The Delaware Supreme Court in a 5-0 decision has ordered the assets taken by the purported secured lender to be returned to the Debtors.  *See* **Exhibit A**.

5.    After a year-long process, the assets have still not been returned in contravention of the order.  Suppliers and customers have lost patience and a key license holder, Rembrandt, has filed an action in federal court to protect its licensed trade secrets.

6.    The Delaware Chancery Court, entrusted with the process of returning the assets, assigned a received *pendent lite* to facilitate the return of the assets and their preservation.  Upon information and belief, the assets are in danger of being damaged.

7.    Despite the filing of the petition and the imposition of the automatic stay, the state court is proceeding with a sanctions hearing scheduled for 3:00 p.m. (prevailing Eastern Time) for today on the basis that a bankruptcy was filed in contravention of its order, which restricted the right to file for bankruptcy in contravention of long established Federal Preemption in bankruptcy.

---

[1] Stream TV Network's bankruptcy case number is 23-10763 (MDC).

8.      The Directors, Preferred Sahreholders, and Offciers of the Debtors are asking for

a hearing to address enforcement of the stay and a potential extension of the stay to protect the

bankruptcy estate.

Date: March 16, 2023                    Respectfully submitted,

                                        /s/ Rafael X. Zahralddin-Aravena
                                        Rafael X. Zahralddin-Aravena (PA Bar No. 71510)
                                        Asher A. Block (PA Bar No. 315908)
                                        **LEWIS BRISBOIS BISGAARD & SMITH, LLP**
                                        550 E. Swedesford Road, Suite 270
                                        Wayne, PA 19087
                                        Telephone: (302) 985-6000
                                        Facsimile: (302) 985-6001
                                        Rafael.Zahralddin@lewisbrisbois.com
                                        Asher.Block@lewisbrisbois.com

                                        -and-

                                        Vincent F. Alexander (pro hac pending)
                                        110 SE 6th Street, Suite 2600
                                        Fort Lauderdale, FL 33301
                                        Telephone: (954) 728-1280
                                        Facsimile: (954) 678-4090
                                        Vincent.Alexander@lewisbrisbois.com

                                        *Proposed Counsel to the Debtors*