**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| In re | Chapter 11 |
| TECHNOVATIVE MEDIA, INC., | Case No.:  23-10764 MDC |
| Debtor. |  |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that, pursuant to Section 1109(b) of Title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), K&L Gates LLP hereby enters its appearance on behalf of Hawk Investment Holdings Ltd. and requests that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address:

Steven L. Caponi, Esq.
K&L GATES LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Facsimile: (302) 416-7020
Email: Steven.caponi@klgates.com

Margaret R. Westbrook, Esq.
Aaron S. Rothman, Esq.
Jonathan N. Edel, Esq.
K&L GATES LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email: Margaret.westbrook@klgates.com
Aaron.Rothman@klgates.com
Jon.Edel@klgates.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand not only includes notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all notices, orders, pleadings, motions, applications, complaints, demands, hearings, request, answers, replies, memoranda and briefs in support of any of the above, whether formal or informal, transmitted or conveyed by electronic delivery, mail delivery, telephone, facsimile or otherwise, in this case.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance, and any subsequent appearance, pleading, claim, or suit, is not intended, nor shall be deemed, to waive Hawk Investment Holdings Ltd.'s: (i) right to contest the subject matter or personal jurisdiction of this Court; (ii) right to seek abstention or withdrawal of any matter arising in this proceeding; (iii) right to have final orders in non-core matters entered only after de novo review by a United States District Court Judge; (iv) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (v) right to have the reference withdrawn by a United States District Court Judge in any matter subject to mandatory or discretionary withdrawal; (vi) right to enforce any contractual provisions with respect to arbitration; or (vii) other rights, claims, actions, defenses, setoffs or recoupments to which Hawk Investment Holdings Ltd. is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

**PLEASE TAKE FURTHER NOTICE** that this appearance is a limited appearance for purposes of notice only. Accordingly, this Notice of Appearance is not to be construed as a waiver of any rights, including, without limitation, the right to contest jurisdiction or service of process or to demand trial by jury of any issue.

Dated:  March 18, 2023                    **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi, Esq. (No. 91881)
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone: (302) 416-7000
Facsimile: (302) 416-7020
Email: Steven.caponi@klgates.com


*/s/ Margaret R. Westbrook*
Margaret R. Westbrook, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email:  margaret.westbrook@klgates.com


*/s/ Aaron S. Rothman*
Aaron S. Rothman, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email:  aaron.rothman@klgates.com


*/s/ Jonathan N. Ede*l
Jonathan N. Edel, Esq.
K&L Gates LLP
300 South Tryon Street, Suite 1000
Charlotte, NC 28202
Telephone:  (704) 331-7400
Email:  jon.edel@klgates.com

*Attorneys for Hawk Investment Holdings Ltd.*

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 18, 2023, I caused the attached Notice of Appearance and Demand for Service of Papers to be electronically filed with the Clerk, United States Bankruptcy Court, Eastern District of Pennsylvania, by ECF and one copy of the aforementioned document by way of first class mail or ECF to those persons listed on the attached service list.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me is willfully false, I am subject to punishment.

Dated:  March 18, 2023             **K&L GATES LLP**

*/s/ Steven L. Caponi*
Steven L. Caponi (No. 91881)
K&L Gates LLP
600 King Street, Suite 901
Wilmington, DE 19801
Telephone:  (302) 416-7000
Email: steven.caponi@klgates.com

*Attorneys for Hawk Investment Holdings Ltd.*

## SERVICE LIST

Attorneys for Debtor
ASHER A. BLOCK
Lewis Brisbois Bisgaard & Smith LLP
550 E. Swedesford Road
Suite 270
Wayne, PA 19087
**Via ECF**

RAFAEL X. ZAHRALDDIN
Lewis Brisbois
500 Delaware Avenue
Ste 700
Wilmington, DE 19801
**Via ECF**

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107
**Via ECF**

Attorney for US Trustee
KEVIN P. CALLAHAN
DOJ-Ust
Robert N.C. Nix Federal Building
900 Market Street
Ste. 320
Philadelphia, PA 19107
**VIA ECF**