UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., (Stream)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc., (Technovative)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**ORDER DISALLOWING AND EXPUNGING PROOFS OF CLAIM NO. 1 FILED BY HAWK INVESTMENT HOLDINGS LTD., "AS COLLATERAL AGENT," NO. 2 FILED BY SLS HOLDINGS VI, LLC, AND NO. 3 FILED BY SEECUBIC, INC.**

Upon the Objection of Rembrandt 3D Holding Ltd. ("Rembrandt"), pursuant to sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 3007-1 of the United States Bankruptcy Court of the Eastern District of Pennsylvania Local Bankruptcy Rules (the "Local Rules"), seeking entry of an order (this "Order") disallowing the Disputed Claims and granting related relief, all as more fully set forth in the Objection; and the Court having jurisdiction to consider the Objection and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and due and proper notice of the relief requested in the Objection having been provided; and it appearing that no other or further notice need be provided; and such notice having been adequate and appropriate under the circumstances; and upon all of the proceedings had before the Bankruptcy Court; and the Bankruptcy Court having determined that the legal and factual bases set forth in the Objection establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

NOW, THEREFORE, it is hereby ORDERED that:

1. The Objection is granted to the extent set forth herein.

2. Pursuant to sections 105(a) and 502 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 3007 and 9014 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 3007-1 of the United States Bankruptcy Court of the Eastern District of Pennsylvania Local Bankruptcy Rules (the "Local Rules"), the Disputed Claims are disallowed and expunged in its entirety.

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4. Rembrandt and the Clerk of the Court are authorized to take all steps necessary or appropriate to effectuate the relief granted pursuant to this Order.

5. The Bankruptcy Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Dated: _____

The Honorable Ashely M. Chan
United States Bankruptcy Judge