## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>Stream TV Networks, Inc., (Stream)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10763 (MDC) |
| In re:<br><br>Technovative Media, Inc., (Technovative)<br><br>Debtor. | Chapter 11<br><br>Bky. No. 23-10764 (MDC)<br><br>(Jointly Administered) |

**NOTICE OF OBJECTION TO PROOFS OF CLAIM NO. 1 FILED BY HAWK INVESTMENT HOLDINGS LTD., "AS COLLATERAL AGENT," NO. 2 FILED BY SLS HOLDINGS VI, LLC, AND NO. 3 FILED BY SEECUBIC, INC.**

Rembrandt 3D Holding Ltd. ("Rembrandt") has filed papers with the court to disallow and expunge Proofs of Claim 1, 2, and 3, filed by Hawk Investment Holdings Ltd., SLS Holdings VI, LLC, and SeeCubic, Inc., respectively.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the relief sought in this objection, or if you want the court to consider your views on the objection, then on or before **May 27, 2024**, you or your attorney must do the following:

(a)   File a reply explaining your position at:
U.S. Bankruptcy Court, Eastern District of Pennsylvania
Robert N.C. Nix Sr. Federal Bldg.
900 Market Street, Suite 400
Philadelphia, PA 19107-4299

If you mail your reply to the Bankruptcy's office for filing, you must mail it early enough so the court will **receive** it on or before the date stated above; and

(b)   Mail a copy to Rembrandt 3D Holding Ltd.'s attorney:
Andrew DeMarco
ademarco@devlinlawfirm.com
Devlin Law Firm LLC
1526 Gilpin Avenue

1

      Wilmington, DE 19806
      Telephone: (302) 449-9010

      A hearing is scheduled to be held on ***June 26, 2024 at 11:00 am*** at United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Bldg., 900 Market Street, Suite 400, Philadelphia, PA 19107-4299.

      If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in this objection and may enter an order granting that relief.

Dated: May 20, 2024

      */s/ Andrew DeMarco*
      Andrew DeMarco, Esq. (PA Bar No. 326294)
      ademarco@devlinlawfirm.com
      DEVLIN LAW FIRM LLC
      1526 Gilpin Avenue
      Wilmington, DE 19806
      Telephone: (302) 449-9010
      Facsimile: (302) 353-4251

      *Attorneys for Rembrandt 3D Holding Ltd.*